■ CARL DOBSON et al., Appellants, v MARK GEROW et al., Defendants, and SENECA BEVERAGE CORPORATION, Respondent. [738 NYS2d 282] —Appeal from that part of an order of Supreme Court, Steuben County (Latham, J.), entered March 12, 2001, that granted the motion of defendant Seneca Beverage Corporation for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Latham, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.